```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 17766
    KIMBERLY M BESS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-0115


-----------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/10/2008 and was not confirmed.

     The case was dismissed without confirmation 09/11/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
HSBC BANK USA              CURRENT MORTG         .00          .00            .00
HSBC BANK USA              MORTGAGE ARRE     3200.00          .00            .00
HOMEQ SERVICING CORP       CURRENT MORTG         .00          .00            .00
CITY OF CHICAGO WATER DE   UNSECURED       NOT FILED          .00            .00
AAA CHECKMATE LLC          UNSECURED         1378.42          .00            .00
CHECK N GO                 UNSECURED       NOT FILED          .00            .00
CINGULAR                   UNSECURED       NOT FILED          .00            .00
NICOR GAS                  UNSECURED       NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED          351.25          .00            .00
PALMS CONDOMINIUM ASSOC    UNSECURED       NOT FILED          .00            .00
MIDWEST PHYSICIAN GROUP    UNSECURED       NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00            .00
HSBC BANK/OCWEN LOAN       NOTICE ONLY     NOT FILED          .00            .00
HSBC BANK USA/ OCWEN       NOTICE ONLY     NOT FILED          .00            .00
FIRST CITIZENS BANK        UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           406.42         .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                          .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                       --------------        --------------
TOTALS                       .00                     .00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 17766 KIMBERLY M BESS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08
                                  /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE